*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, KIRKBY, and GROSS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Isaiah M. PEREZ**
Private (E-1), U.S. Marine Corps
*Appellant*

**No. 202300198**

_____

Decided: 28 December 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ryan C. Lipton

Sentence adjudged 20 April 2023 by a special court-martial convened at
Marine Corps Recruit Depot, Parris Island, South Carolina, consisting
of a military judge sitting alone. Sentence in the Entry of Judgment:
confinement for six months, forfeiture of $1,000.00 pay per month for
six months, and a bad-conduct discharge.[1]

For Appellant:
*Captain Colin P. Norton, USMC*

---

[1] Appellant was credited with 135 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.